**Electronically Filed
Supreme Court
SCWC-13-0000201
06-JAN-2016
12:46 PM**

SCWC-13-0000201

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

---

REYNOLD T. KAMEKONA,
Respondent/Claimant-Appellee,

vs.

CAST & CREW ENTERTAINMENT SERVICES, INC.,
Petitioner/Employer-Appellant,

and

ZURICH AMERICAN INSURANCE COMPANY,
Petitioner/Insurance Carrier-Appellant,

and

ACCLAMATION INSURANCE MANAGEMENT SERVICES,
Respondent/Insurance Adjuster-Appellant.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-13-0000201; CASE NO. AB 2011-404(K)) (4-10-00557)

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., Nakayama, McKenna, Pollack, and Wilson, JJ.)

Petitioners' Application for Writ of Certiorari, filed on November 25, 2015, is hereby rejected.

DATED: Honolulu, Hawaiʻi, January 6, 2016.

| | |
|---|---|
| Colette H. Gomoto<br>for petitioners | /s/ Mark E. Recktenwald |
| | /s/ Paula A. Nakayama |
| Wayne H. Mukaida<br>for respondent | /s/ Sabrina S. McKenna |
| | /s/ Richard W. Pollack |
| | /s/ Michael D. Wilson |

